# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | No.: CV3:10-04429 EMC |
| MAYER LABORATORIES, INC., | |
| Defendant. | |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COUNTERCLAIMS OF DEFENDANT** ; ORDER

It is hereby stipulated and agreed, by and between the undersigned attorneys for the above-captioned parties, that Plaintiff's time to file an answer to Defendant's second amended counterclaims is extended and that Plaintiff's answer to Defendant's second amended counterclaims shall be filed on or before **May 3, 2011**.

Dated: April 14, 2011.

| | |
|---|---|
| DLA PIPER LLP (US) | CARTUSCIELLO & ASSOCIATES, P.C. |
| One Liberty Place | 104 Mountainside Road |
| 1650 Market Street, Suite 4900 | Mendham, NJ 07945 |
| Philadelphia, Pennsylvania 19103 | T: (973) 543-8204 |
| T: (215) 656-2449 | F: (973) 543-8201 |
| F: (215) 606-2149 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |
| I attest that concurrence in the filing of this document has been obtained from the other signatory. | By:  s/ Neil S. Cartusciello
Neil S. Cartusciello |
| By:  s/ Jarod M. Bona
   Jarod M. Bona | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Date:** April 15, 2011

Edward M. Chen



EAST\44522706.1