IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., : <br><br> Plaintiff, : <br> : <br> v. : <br> : <br> MAYER LABORATORIES, INC., : <br> : <br> Defendant. : | CIVIL ACTION <br><br> No.: CV3:10-04429 EMC |

**STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE**

The undersigned attorneys respectfully request that the status conference currently scheduled for Wednesday, May 4, 2011 be rescheduled for **Wednesday, June 22, 2011 at 2:30 pm**. The undersigned attorneys also respectfully request permission to participate in the status conference via teleconference, which will be initiated by plaintiff's counsel.

Dated: April 20, 2011.

DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103
T: (215) 656-2449
F: (215) 606-2149
*Attorneys for Plaintiff*
By:   s/ Jarod M. Bona
        Jarod M. Bona

CARTUSCIELLO & ASSOCIATES, P.C.
104 Mountainside Road
Mendham, NJ 07945
T: (973) 543-8204
F: (973) 543-8201
*Attorneys for Defendant*
  I attest that concurrence in the filing of this document has been obtained from the other signatory.
By:   s/ Neil S. Cartusciello
        Neil S. Cartusciello

SO ORDERED:
_____
Edward M. Chen

