IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHURCH & DWIGHT CO., INC,     No. C10-4429 EMC (JSC)

           Plaintiff,     **AMENDED ORDER GRANTING MOTION FOR STAY IN PART**

v.

MAYER LABORATORIES, INC.,

           Defendant.
_____/

       The Court is in receipt of Plaintiff's Motion for a Stay. In light of the Thanksgiving holiday, the request is granted in part. The Court's order requiring production of documents by November 28, 2011 is stayed until November 30, 2011 at 10:30 a.m. The Court will hold a conference call with the parties on November 30, 2011 at 10:30 a.m. to discuss how to proceed and whether a further stay is warranted. The parties and Court will use the call-in number used for the telephone conference on November 17, 2011.

       **IT IS SO ORDERED.**

Dated: November 23, 2011           _Jacqueline S. Corley_
                                                                            JACQUELINE SCOTT CORLEY
                                                                            UNITED STATES MAGISTRATE JUDGE