IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC, | No. C10-4429 EMC (JSC) |
| Plaintiff, | **AMENDED ORDER GRANTING MOTION FOR STAY IN PART** |
| v. | |
| MAYER LABORATORIES, INC., | |
| Defendant. | |

The Court is in receipt of Plaintiff's Motion for a Stay. In light of the Thanksgiving holiday, the request is granted in part. The Court's order requiring production of documents by November 28, 2011 is stayed until November 30, 2011 at 10:30 a.m. The Court will hold a conference call with the parties on November 30, 2011 at 10:30 a.m. to discuss how to proceed and whether a further stay is warranted. The parties and Court will use the call-in number used for the telephone conference on November 17, 2011.

**IT IS SO ORDERED.**

Dated: November 23, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE