United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHURCH & DWIGHT CO., INC,

        Plaintiff,

v.

MAYER LABORATORIES, INC.,

        Defendant.

_____/

No. C10-4429 EMC (JSC)

**ORDER RE REQUEST FOR EMERGENCY HEARING (DKT. NO. 169)**

The Court is in receipt of Mayer Laboratories, Inc.'s letter of December 12, 2011. (Dkt. No. 169.)  The letter indicates that the parties have not yet met and conferred. Mr. Hittinger, counsel for Church & Dwight Co., and Mr. Novak, counsel for Mayer Laboratories, Inc., are ordered to meet and confer by telephone on or before 2:00 p.m. on December 13, 2011 as to a modification of the expert discovery deadlines and the request to reopen a deposition.  If a resolution cannot be reached, then the parties shall file a joint letter with the Court by 9 a.m. PST on December 14, 2011 explaining in detail each party's position. The Court will take the matter under submission at that time.

**IT IS SO ORDERED.**

Dated:  December 12, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE