IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC, | No. C10-4429 EMC (JSC) |
| Plaintiff, | **ORDER RE EXPERT DISCOVERY DEADLINES** |
| v. | |
| MAYER LABORATORIES, INC., | |
| Defendant. | |
| _____/ | |

The Court is in receipt of the parties' joint letter dated December 14, 2011 regarding the expert discovery deadlines. In light of Church & Dwight Co.'s recent production of FTC documents, there is good cause for extending the expert discovery deadlines. Accordingly, the new deadlines are as follows:

    Expert Reports:               January 6, 2012

    Expert Rebuttal Reports:   January 20, 2012

    Expert Discovery Cut-off:  January 27, 2012

All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: December 14, 2011

                                                      JACQUELINE SCOTT CORLEY
                                                      UNITED STATES MAGISTRATE JUDGE