IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC, <br><br> Plaintiff, <br><br> v. <br><br> MAYER LABORATORIES, INC., <br><br> Defendant. _____/ | No. C10-4429 EMC (JSC) <br><br> **ORDER RE EXPERT DISCOVERY DEADLINES** |

The Court is in receipt of the parties' joint letter dated December 14, 2011 regarding the expert discovery deadlines. In light of Church & Dwight Co.'s recent production of FTC documents, there is good cause for extending the expert discovery deadlines. Accordingly, the new deadlines are as follows:

Expert Reports: January 6, 2012

Expert Rebuttal Reports: January 20, 2012

Expert Discovery Cut-off: January 27, 2012

All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: December 14, 2011

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE