1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHURCH & DWIGHT CO., INC, | ) CASE NO.: CV10-04429 EMC |
| Plaintiff, | ) AMENDED |
| v. | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MOTION TO WITHDRAW AS COUNSEL** |
| MAYER LABORATORIES, INC. | ) **FOR DEFENDANT** |
| Defendant. | ) |

The attorneys of Hiaring + Smith, LLP ("Movants") seek to withdraw as counsel for Defendant in the above-captioned litigation pursuant to Local Rule 1-5(a) and California Rules of Professional Conduct 3-700.  As this Court finds that Movants have submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Movants' Motion to Withdraw as Counsel for Defendant is GRANTED, and Movants are hereby terminated as counsel of record in this proceeding.

DATED:   _____1/12/12_____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA