United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHURCH & DWIGHT CO., INC,

    Plaintiff,

  v.

MAYER LABORATORIES, INC.,

    Defendant.
_____/

No. C10-4429 EMC (JSC)

**ORDER REGARDING JANUARY 19, 2012 DISCOVERY LETTER (Dkt. No. 201)**

    The Court is in receipt of Plaintiff's January 19, 2012 letter regarding a redacted email dated December 15, 2011. Defendant is ordered to file a response on or before noon on January 24, 2012. At the same time, Defendant shall provide the Court with an unredacted copy of the email for the Court's *in camera* review. The Court will determine how to proceed after receiving Defendant's response and the *in camera* submission.

**IT IS SO ORDERED.**

Dated: January 20, 2012

    JACQUELINE SCOTT CORLEY
    UNITED STATES MAGISTRATE JUDGE