IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAYER LABORATORIES, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C10-4429 EMC (JSC)<br><br>**ORDER REGARDING JANUARY 19, 2012 DISCOVERY LETTER (Dkt. No. 201)** |

　　　The Court is in receipt of Plaintiff's January 19, 2012 letter regarding a redacted email dated December 15, 2011. Defendant is ordered to file a response on or before noon on January 24, 2012. At the same time, Defendant shall provide the Court with an unredacted copy of the email for the Court's *in camera* review. The Court will determine how to proceed after receiving Defendant's response and the *in camera* submission.

　　　**IT IS SO ORDERED.**

Dated: January 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE