IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC,<br><br>   Plaintiff,<br><br>   v.<br><br>MAYER LABORATORIES, INC.,<br><br>   Defendant.<br>_____/ | No. C10-4429 EMC (JSC)<br><br>**ORDER REGARDING DECEMBER 15, 2011 EMAIL** |

Now pending before the Court is the parties' dispute regarding an email dated December 15, 2011. (Dkt. No. 201.) The Court has reviewed the unredacted email, which is from an attorney for Global Protection Corp. to an attorney at Milberg LLP, and concludes that the redacted line is protected by GPC's attorney-client privilege. Church & Dwight is correct that any privilege would be waived by disclosure to Mayer; upon review of the redacted line, however, the Court finds that there has not been a disclosure to Mayer.

**IT IS SO ORDERED.**

Dated: January 25, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE