IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC, <br><br> Plaintiff, <br><br> v. <br><br> MAYER LABORATORIES, INC., <br><br> Defendant. <br> _____/ | No. C10-4429 EMC (JSC) <br><br> **SECOND ORDER REGARDING DECEMBER 15, 2011 EMAIL** |

The Court is in receipt of Plaintiff's letter dated February 2, 2012 seeking clarification of the Court's Order of January 25, 2012. As the Court previously stated, it personally reviewed the unredacted email *in camera* and found that the redacted portion is protected by *GPC's* attorney-client privilege. The redacted portion is not related to GPC's response to the subpoena and is unrelated to this case.

**IT IS SO ORDERED.**

Dated: February 3, 2012

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE