UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | No. C-10-4429 EMC |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE** |
| MAYER LABORATORIES, INC., | |
| Defendants. | |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Jacqueline Scott Corley for a report and recommendation on Defendant's Motion for Sanctions (Docket #224).

The parties will be advised of the date, time and place of any appearance by notice from Magistrate Judge Corley.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
EDWARD M. CHEN
United States District Judge