United States District Court

For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    CHURCH & DWIGHT CO., INC.,                    No. C-10-4429 EMC

9              Plaintiff,

10        v.                                       **SUPPLEMENTAL ORDER RE
                                                   ADDITIONAL QUESTIONS FOR ORAL
11   MAYER LABORATORIES, INC.,                     ARGUMENT**

12             Defendants.
     _____/
13

14

15        In addition to the questions the Court has already identified, the parties shall be prepared to

16   discuss – and point to evidence in the record supporting – their answers to the following questions at

17   oral argument on Friday, February 10, 2012:

18   (1)    What evidence in the record shows the percentage of shelf space allocated to Mayer in the

19          FDM market between 2001 and 2010 (either by retailer and/or in the aggregate)?  What

20          evidence in the record shows the percentage of shelf space allocated to other competitors –

21          such as Durex, Lifestyles, and ONE, in the FDM market between 2001 and 2010 (either by

22          retailer and/or in the aggregate)?  The parties shall be prepared to cite to all evidence in the

23          record addressing this question.

24   ///

25   ///

26   ///

27   ///

28   ///

(2)     What evidence in the record shows Mayer's percentage of shelf space (as opposed to market share) in planogram and non-planogram retailers during the relevant time period?

IT IS SO ORDERED.

Dated:  February 9, 2012

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California