UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | No. C-10-4429 EMC |
| Plaintiff, | |
| v. | **SUPPLEMENTAL ORDER RE ADDITIONAL QUESTIONS FOR ORAL ARGUMENT** |
| MAYER LABORATORIES, INC., | |
| Defendants. | |
| _____/ | |

In addition to the questions the Court has already identified, the parties shall be prepared to discuss – and point to evidence in the record supporting – their answers to the following questions at oral argument on Friday, February 10, 2012:

(1) What evidence in the record shows the percentage of shelf space allocated to Mayer in the FDM market between 2001 and 2010 (either by retailer and/or in the aggregate)? What evidence in the record shows the percentage of shelf space allocated to other competitors – such as Durex, Lifestyles, and ONE, in the FDM market between 2001 and 2010 (either by retailer and/or in the aggregate)? The parties shall be prepared to cite to all evidence in the record addressing this question.

///
///
///
///
///

(2) What evidence in the record shows Mayer's percentage of shelf space (as opposed to market share) in planogram and non-planogram retailers during the relevant time period?

IT IS SO ORDERED.

Dated: February 9, 2012

_____
EDWARD M. CHEN
United States District Judge