UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | No. C-10-4429 EMC |
| Plaintiff, | |
| v. | **ORDER RE UNSEALING SUMMARY JUDGMENT ORDER** |
| MAYER LABORATORIES, INC., | |
| Defendants._____/ | |

The Court has filed its Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment ("MSJ Order") under seal. Docket No. 247. The MSJ Order denies Church & Dwight's ("C&D's") motion for summary judgment as to Mayer's tortious interference with contract counterclaim, and grants C&D's motion for summary judgment as to all other counterclaims.

///
///
///
///
///
///
///
///
///

Absent objection from the parties, the Court will publicly file the MSJ Order without redactions 14 days from the date of this order. The parties are directed to file any objections to the Court's public release of the MSJ Order within 7 days of the date of this order. Any objecting party shall propose redactions to the MSJ Order. Parties are instructed to propose only those redactions that are narrowly tailored and necessary in compliance with Local Rule 79-5, and shall justify any proposed redactions. Any response to an opposing party's proposed redactions shall be filed within 14 days of the date of this order. No replies will be accepted.

IT IS SO ORDERED.

Dated: March 1, 2012

_____
EDWARD M. CHEN
United States District Judge