# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| CHURCH & DWIGHT CO., INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.:  CV10-04429 EMC |
| | : | |
| MAYER LABORATORIES, INC., | : | |
| | : | |
| Defendant. | : | |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Church &

Dwight Co., Inc. hereby dismisses with prejudice its remaining claims in this action, Claims III

through X, and Defendant Mayer Laboratories, Inc. hereby dismisses with prejudice its

remaining claim in this action, Counterclaim VI, with each party to bear its own costs and

attorneys' fees.

Date:  March 13, 2012                    Respectfully submitted,


  s/Carl W. Hittinger                              s/Neil S. Cartusciello
Carl W. Hittinger (*pro hac*)            Neil S. Cartusciello (*pro hac*)
Lesli C. Esposito (*pro hac*)            **CARTUSCIELLO & ASSOCIATES, P.C.**
Jarod M. Bona (CA 234327)                104 Mountainside Road
**DLA PIPER LLP (US)**                   Mendham, NJ 07945
1650 Market Street, Suite 4900           T: (973) 543-8204
Philadelphia, PA 19103                   F: (973) 543-8201
T: (215) 656-2449
F: (215) 606-2149                        Paul F. Novak (*pro hac*)
                                         Gary S. Snitow (*pro hac*)
**Attorneys for Plaintiff Church & Dwight**   Peter Safirstein (*pro hac*)
                                         Peggy Wedgworth (*pro hac)*
                                         **MILBERG LLP**
                                         One Kennedy Square
                                         777 Woodward Ave, Suite 890
                                         Detroit, Michigan  4822


                                         **Attorneys for Defendant Mayer Labs**


IT IS SO ORDERED



_____
Edward M. Chen
U.S. District Judge