# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MAYER LABORATORIES, INC., : <br> : <br> Defendant. : | CIVIL ACTION <br><br> No.: CV10-04429 EMC |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Church & Dwight Co., Inc. hereby dismisses with prejudice its remaining claims in this action, Claims III through X, and Defendant Mayer Laboratories, Inc. hereby dismisses with prejudice its remaining claim in this action, Counterclaim VI, with each party to bear its own costs and attorneys' fees.

EAST\48064992. 1

Date:  March 13, 2012                                  Respectfully submitted,

| | |
|---|---|
| s/Carl W. Hittinger | s/Neil S. Cartusciello |
| Carl W. Hittinger (*pro hac*) | Neil S. Cartusciello (*pro hac*) |
| Lesli C. Esposito (*pro hac*) | **CARTUSCIELLO & ASSOCIATES, P.C.** |
| Jarod M. Bona (CA 234327) | 104 Mountainside Road |
| **DLA PIPER LLP (US)** | Mendham, NJ 07945 |
| 1650 Market Street, Suite 4900 | T: (973) 543-8204 |
| Philadelphia, PA 19103 | F: (973) 543-8201 |
| T: (215) 656-2449 | |
| F: (215) 606-2149 | Paul F. Novak (*pro hac*) |
| | Gary S. Snitow (*pro hac*) |
| *Attorneys for Plaintiff Church & Dwight* | Peter Safirstein (*pro hac*) |
| | Peggy Wedgworth (*pro hac)* |
| | **MILBERG LLP** |
| | One Kennedy Square |
| | 777 Woodward Ave, Suite 890 |
| | Detroit, Michigan  4822 |
| | |
| | *Attorneys for Defendant Mayer Labs* |

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge



EAST\48064992. 1