**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

CHURCH & DWIGHT CO., INC.,

Plaintiff,

v.

MAYER LABORATORIES, INC.,

Defendant.

CIVIL ACTION

No.: CV10-04429 EMC

**STIPULATION**

Plaintiff Church & Dwight Co., Inc. ("Church & Dwight") and Defendant Mayer Laboratories, Inc. ("Mayer") hereby stipulate and agree as follows:

1. Mayer's pending Motion for Sanctions as a Result of Spoliation of Evidence (Docket No. 239) shall be withdrawn by Mayer and dismissed with prejudice and with each party to bear its own costs and attorneys' fees, and Mayer states as follows:

a. Of the thousands of emails sent or received by James Craigie that were produced by Church & Dwight in this litigation, not one was cited, referenced or included with the summary judgment papers filed by the parties or referenced at oral argument on the summary judgment motion.

b. In turn, Mayer did not identify in its summary judgment papers any specific emails deleted by Mr. Craigie that were relevant to the issues before Judge Chen in the determination of summary judgment and the Court's resulting Order.

**IT IS SO STIPULATED.**

Date: March 28, 2012

Respectfully submitted,

/s/ Carl W. Hittinger
Carl W. Hittinger (*pro hac*)
Lesli C. Esposito (*pro hac*)
Jarod M. Bona (CA 234327)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 4900
Philadelphia, PA 19103
T: (215) 656-2449
F: (215) 606-2149

***Attorneys for Plaintiff Church & Dwight Co., Inc.***

/s/ Neil S. Cartusciello
Neil S. Cartusciello (*pro hac*)
**CARTUSCIELLO & ASSOCIATES, P.C.**
104 Mountainside Road
Mendham, NJ 07945
T: (973) 543-8204
F: (973) 543-8201

Paul F. Novak (*pro hac*)
Gary S. Snitow (*pro hac*)
Peter Safirstein (*pro hac*)
Peggy Wedgworth (*pro hac*)
**MILBERG LLP**
One Kennedy Square
777 Woodward Ave, Suite 890
Detroit, Michigan 4822

***Attorneys for Defendant Mayer Laboratories, Inc.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________

THE HON ... CORLEY

UNITED STATES DISTRICT COURT
APPROVED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
NORTHERN DISTRICT OF CALIFORNIA