# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| | No.: CV10-04429 EMC |
| MAYER LABORATORIES, INC., | |
| Defendant. | |

## STIPULATION

Plaintiff Church & Dwight Co., Inc. ("Church & Dwight") and Defendant Mayer Laboratories, Inc. ("Mayer") hereby stipulate and agree as follows:

1. Mayer's pending Motion for Sanctions as a Result of Spoliation of Evidence (Docket No. 239) shall be withdrawn by Mayer and dismissed with prejudice and with each party to bear its own costs and attorneys' fees, and Mayer states as follows:

    a. Of the thousands of emails sent or received by James Craigie that were produced by Church & Dwight in this litigation, not one was cited, referenced or included with the summary judgment papers filed by the parties or referenced at oral argument on the summary judgment motion.

    b. In turn, Mayer did not identify in its summary judgment papers any specific emails deleted by Mr. Craigie that were relevant to the issues before Judge Chen in the determination of summary judgment and the Court's resulting Order.

IT IS SO STIPULATED.

Date: March 28, 2012                    Respectfully submitted,

/s/ Carl W. Hittinger                                    /s/ Neil S. Cartusciello
Carl W. Hittinger (*pro hac*)                   Neil S. Cartusciello (*pro hac*)
Lesli C. Esposito (*pro hac*)                   **CARTUSCIELLO & ASSOCIATES, P.C.**
Jarod M. Bona (CA 234327)                    104 Mountainside Road
**DLA PIPER LLP (US)**                            Mendham, NJ 07945
1650 Market Street, Suite 4900              T: (973) 543-8204
Philadelphia, PA 19103                             F: (973) 543-8201
T: (215) 656-2449
F: (215) 606-2149                                       Paul F. Novak (*pro hac*)
                                                                   Gary S. Snitow (*pro hac*)
**Attorneys for Plaintiff Church & Dwight Co., Inc.**  Peter Safirstein (*pro hac*)
                                                                   Peggy Wedgworth (*pro hac*)
                                                                   **MILBERG LLP**
                                                                   One Kennedy Square
                                                                   777 Woodward Ave, Suite 890
                                                                   Detroit, Michigan 4822

*Attorneys for Defendant Mayer Laboratories, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
THE HON. JACQUELINE SCOTT CORLEY

[APPROVED — Jacqueline S. Corley — Judge Jacqueline Scott Corley — United States District Court, Northern District of California]

2