UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | No. C-10-4429 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR LEAVE TO SEEK RECONSIDERATION** |
| MAYER LABORATORIES, INC., | |
| Defendants. _____/ | |

    Mayer's unopposed motion for leave to seek reconsideration of certain portions of this Court's Order of March 1, 2012, relating only to the trademark claims discussed therein, is **GRANTED**. The parties shall be prepared to set a briefing schedule for the motion for reconsideration at the upcoming status conference on April 13, 2012.

    IT IS SO ORDERED.

Dated: April 12, 2012

                                                    _____
                                                    EDWARD M. CHEN
                                                    United States District Judge