IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | No.: CV10-04429 EMC |
| MAYER LABORATORIES, INC., | |
| Defendant. | |

**STIPULATION** ; ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the parties having resolved their differences as to all remaining claims, Defendant Mayer Laboratories, Inc. ("Mayer") hereby dismisses without prejudice all of its remaining counterclaims for trademark infringement and false designation of origin—Counts IX, X and XI of Mayer's Second Amended Counterclaims—with each party to bear its own costs and attorneys' fees.

Date:  May 18, 2012                                  Respectfully submitted,

|  |  |
|---|---|
| s/Carl W. Hittinger | s/Paul F. Novak |
| Carl W. Hittinger (*pro hac*) | Paul F. Novak (*pro hac*) |
| Lesli C. Esposito (*pro hac*) | Gary S. Snitow (*pro hac*) |
| Jarod M. Bona | Peter Safirstein (*pro hac*) |
| John D. Huh (*pro hac*) | Peggy Wedgworth (*pro hac)* |
| **DLA PIPER LLP (US)** | **MILBERG LLP** |
| 1650 Market Street, Suite 4900 | One Kennedy Square |
| Philadelphia, PA 19103 | 777 Woodward Ave, Suite 890 |
| T: (215) 656-2449 | Detroit, Michigan  4822 |
| F: (215) 606-2149 |  |

***Attorneys for Plaintiff Church & Dwight***

Neil S. Cartusciello (*pro hac*)
**CARTUSCIELLO & ASSOCIATES, P.C.**
104 Mountainside Road
Mendham, NJ 07945
T: (973) 543-8204
F: (973) 543-8201

***Attorneys for Defendant Mayer Labs***

IT IS SO ORDERED

The H_____ Chen

