IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| MAYER LABORATORIES, INC., | : No.: CV10-04429 EMC |
| Defendant. | : |

**STIPULATION** ; ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the parties having resolved their differences as to all remaining claims, Defendant Mayer Laboratories, Inc. ("Mayer") hereby dismisses without prejudice all of its remaining counterclaims for trademark infringement and false designation of origin—Counts IX, X and XI of Mayer's Second Amended Counterclaims—with each party to bear its own costs and attorneys' fees.

Date:  May 18, 2012                                        Respectfully submitted,


  s/Carl W. Hittinger                                        s/Paul F. Novak
Carl W. Hittinger (*pro hac*)                              Paul F. Novak (*pro hac*)
Lesli C. Esposito (*pro hac*)                              Gary S. Snitow (*pro hac*)
Jarod M. Bona                                              Peter Safirstein (*pro hac*)
John D. Huh (*pro hac*)                                    Peggy Wedgworth (*pro hac*)
**DLA PIPER LLP (US)**                                     **MILBERG LLP**
1650 Market Street, Suite 4900                             One Kennedy Square
Philadelphia, PA 19103                                     777 Woodward Ave, Suite 890
T: (215) 656-2449                                          Detroit, Michigan  4822
F: (215) 606-2149

                                                           Neil S. Cartusciello (*pro hac*)
***Attorneys for Plaintiff Church & Dwight***              **CARTUSCIELLO & ASSOCIATES, P.C.**
                                                           104 Mountainside Road
                                                           Mendham, NJ 07945
                                                           T: (973) 543-8204
                                                           F: (973) 543-8201

                                                           ***Attorneys for Defendant Mayer Labs***


IT IS SO ORDERED

The H_____ Chen
_____

Judge Edward M. Chen